UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                         Case No. 12-CR-175

ANDRE T. GRIFFIN,

    Defendant.

## ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE

On June 13, 2013, Andre Griffin entered a guilty plea to Fraud with Identification Documents and Producing/Trafficking Counterfeit Devices, and on September 12, 2013 this court sentenced Griffin to 65 months imprisonment to be followed by 3 years of supervised release. On November 26, 2018 Griffin appeared before the court and his supervised release was revoked. On May 23, 2019, he was ordered to appear and was continued on supervision. Griffin has filed a motion for early termination citing the court's remarks at the May 23, 2019 hearing that, if he complied with all conditions of supervision for one year, he could petition the court and request early termination.

Griffin has filed a motion for early termination of supervised release and states that both Assistant U.S. Attorney William Roach and U.S.P.O. Jennifer Rufenacht agree with early termination. Griffin has paid the restitution and fine associated with this case. Based upon the foregoing, the motion is GRANTED and supervised release is hereby terminated.

Dated at Green Bay, Wisconsin this 1st day of April, 2020.

                                                                s/ William C. Griesbach
                                                                William C. Griesbach, District Judge
                                                                United States District Court